**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GRISSEL A. GONZAGA,

Plaintiff

v.

JAMES DZURENDA, et al.,

Defendants

Case No.: 2:25-cv-00174-APG-NJK

**Order Accepting Report and Recommendation**

[ECF No. 25]

On August 7, 2026, Magistrate Judge Koppe recommended that this action be dismissed without prejudice because plaintiff Grissel Gonzaga has failed to update her address as ordered. ECF No. 25. Gonzaga did not object, and Judge Koppe's order was returned in the mail. ECF No. 26. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 25) is accepted and plaintiff Grissel Gonzaga's complaint (ECF No. 6) is dismissed without prejudice. The pending motions (ECF Nos. 14-16) are denied as moot. The clerk of court is instructed to close this case.

DATED this 25th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE